NANCY CURRY
CHAPTER 13 STANDING TRUSTEE
1000 WILSHIRE BLVD., SUITE 870
LOS ANGELES, CA 90017
(213)689-3014 FAX (213)689-3055

```
                        UNITED STATES BANKRUPTCY COURT
                        CENTRAL DISTRICT OF CALIFORNIA
                             LOS ANGELES DIVISION

IN THE MATTER OF:              ) CHAPTER 13
                               )
PONDS, HIDONOL                 ) CASE NO. LA 2:17-bk-19577-WB
                               )
                               ) TRUSTEE'S VOLUNTARY DISMISSAL
                        _Debtor) OF MOTION TO DISMISS

                                 DATE:  April 24, 2019
                                 TIME:  1:30 PM
                                 PLACE: 255 E. Temple St.
                                        Courtroom 1375
                                        Los Angeles, CA 90012
```

   PLEASE TAKE NOTICE THAT the Standing Trustee's Motion to Dismiss served on February 14, 2019 is hereby voluntarily dismissed.

DATE: April 25, 2019                          /s/ Nancy Curry


PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

   I declare that I am over the age of 18 years and not a party to the within action; that I am employed by Nancy Curry, Chapter 13 Trustee; and that on April 25, 2019, I served the above notice by first class mail on:

```
DEBTOR                          ATTORNEY

PONDS, HIDONOL                  ANDY C. WARSHAW
                                FINANCIAL RELIEF LAW CENTER
1064 E BRENNER DRIVE            1200 MAIN STREET, STE. G
CARSON,  CA 90746               IRVINE, CA 92614-
```

   I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge.
   Executed at Los Angeles, California on April 25, 2019.

                                              /s/ Jaime Mejia